UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREGORY BAKER,

          Plaintiff,

v.

ALLEGIANT MANAGEMENT
GROUP LLC, et al.,

          Defendants.
_____/

Case No. 1:20-cv-933

HON. PAUL L. MALONEY

## NOTICE OF SETTLEMENT

The parties have agreed to a settlement. In order to effect the terms of the settlement, the parties respectfully requests that the Court allow the parties until November 20, 2020 to file closing documents.

Dated: November 6, 2020

/s/ Phillip C. Rogers
Phillip C. Rogers (P34356)
Attorney for Plaintiff
6140 28th Street SE, Suite 115
Grand Rapids, Michigan 49546-6938
(616) 776-1176
ConsumerLawyer@aol.com